# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:18-CR-00302-01** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **DORIAN ARNELL FERGUSON (01)** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 47] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Suppress [doc. 32] be **DENIED**.

THUS DONE in Chambers on this 3rd day of June, 2019.

Robert R. Summerhays
United States District Judge